In the Matter of MAURICE B. GLUCK, an Attorney.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.